Civil Appeals, 3d Supreme Judicial District, of Texas denied. *Mr. Wm. D. Gordon* for petitioner.

No. 259. TILNEY ET AL. *v.* CHICAGO ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Weightstill Woods* for petitioners. *Messrs. Barnet Hodes, Joseph F. Grossman,* and *J. Herzl Segal* for respondents.

No. 260. HIRSCH *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Loring M. Black* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Fred E. Strine* for the United States.

No. 263. HERNDON *v.* NORTH CAROLINA. October 11, 1943. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Messrs. Malcolm McQueen* and *Robert H. Dye* for petitioner. *Messrs. Harry Mc-Mullan,* Attorney General of North Carolina, and *Hughes J. Rhodes,* Assistant Attorney General, for respondent.

No. 268. BENNETT *v.* DE GEETER. October 11, 1943. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Ellwood Thomas* for petitioner. *Mr. Milton T. Lasher* for respondent.